[Civ. No. 6642. Third Dist. Jan. 21, 1943.]

I. B. MADSEN et al., Appellants, v. TURLOCK IRRIGA-
TION DISTRICT, Respondent.

F. M. Ostrander for Appellants.

Griffin & Boone for Respondent.

THE COURT.—The plaintiff has attempted to appeal
from an order sustaining defendant's demurrer to the com-
plaint without leave to amend the pleading. There is no
appeal from that order. It does not appear that a judgment
was entered pursuant to that order. The record contains no
reference to a judgment.

The purported appeal in this case was prematurely
and erroneously taken from the order sustaining the demur-
rer without leave to amend. The right of appeal is statu-
tory. No right of appeal exists unless it is found either in
the Constitution or in enacted statutes. (2 Cal.Jur. 111, § 4.)
It has been uniformly held a reviewing court is without
jurisdiction to entertain a purported appeal from an order
sustaining or overruling a demurrer to the complaint, even
though it is made without leave to amend the pleading. (*Rick-
ert* v. *Zoeger,* 169 Cal. 399 [146 P. 894] ; *Ham* v. *Los Angeles
County,* 46 Cal.App. 148, 151 [189 P. 462] ; *Braren* v. *Reli-
able Carpet Works, Inc.,* 125 Cal.App. 489 [13 P.2d 972] ;
*Doran* v. *Sherman,* 18 Cal.App.2d 479 [64 P.2d 442] ; 2 Cal.
Jur. 156, § 26.) In the Rickert case, *supra,* which was based
on a record which is exactly like the one which is involved
in this case, it is said:

"An order sustaining or overruling a demurrer is not an
appealable order. [Citing many cases.] This court is there-
fore without jurisdiction to act upon the so-called appeal
and it must be dismissed."

The purported appeal is therefore dismissed.